UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
UNITED STATES OF AMERICA

          v.

RAYMOND LAMBIS,

        Defendant.
-------------------------------x

NOTICE OF APPEARANCE
15 Mag 3074

SIRS/MADAMES:

    PLEASE TAKE NOTICE, that B. Alan Seidler, an attorney admitted to practice law in the State of New York on February 9, 1973, and admitted to practice before the United States District Court for the Southern District of New York on August 6, 1974, and at all times remaining in good standing, hereby appears as attorney of record for defendant in the within action, and requests that all related case materials be sent to counsel's office.

DATED: September 11, 2015.

                      Submitted by,

                      B. ALAN SEIDLER
                      Attorney for Defendant
                      580 Broadway
                      New York, NY 10012
                      212-334-3131