```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------x
UNITED STATES OF AMERICA

            v.
RAYMOND LAMBIS,                          NOTICE OF MOTION

        Defendant.
--------------------------------x
```

PLEASE TAKE NOTICE that upon the accompanying affidavit of the defendant RAYMOND LAMBIS sworn to the 25th day of February, 2016, and all the proceedings heretofore had herein, the defendant will move this Court before the Honorable District Judge William H. Pauley, at the United State Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, for an order:

    1.  Suppressing for use at trial evidence seized pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure, and

    2.  Granting such other relief as to the Court appears just and proper.

Dated:  New York, New York

       February 25, 2016.

 

                                         Yours, etc.,

                                         B. ALAN SEIDLER, ESQ.
                                         Attorney for Defendant LAMBIS
                                         580 Broadway, room 709
                                         New York, New York 10012
                                         212-334-3131

Filed by ECF