LAW OFFICE
OF
**B. ALAN SEIDLER**

580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

April 13, 2016

Hon. William H. Pauley III
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

By ECF

re: USA v. Lambis, #15cr734 (WHP)

Dear Judge Pauley;

    Under separate cover I am providing the Court and the Government with printouts of the GPS trakking of the subject cel-phone for the dates August 21, 22, 23, 24, 25, 26, 2015. The Latitude and Longitude of the Lambis apartment is on page 1 of the Exhibit. The e-mails containing the data were provided to me by the Government as part of general case Discovery.
    I am unable to file the printouts by ECF because the materials are too voluminous.

Thank you.

Respectfully,

*/s/ B. Alan Seidler*
B. Alan Seidler

cc: AUSA James McDonald
bas/ee