**Criminal Notice of Appeal - Form A**

*Interlocutory*
## NOTICE OF APPEAL

**United States District Court**

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 12 2016

Caption:
United States v.

Raymond Lambis

Docket No.: 15 Cr. 734
Hon. William H. Pauley III
(District Court Judge)

Notice is hereby given that **the United States of America** appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other ✓ **Order granting motion to suppress evidence** (specify)
entered in this action on **July 12, 2016**.
(date)

This appeal concerns: Conviction only | ___  Sentence only | ___ |  Conviction & Sentence | ___  Other | ✓

Defendant found guilty by plea | ___   | trial |   | N/A | ✓ .

Offense occurred after November 1, 1987? Yes | ✓ |  No |   N/A [

Date of sentence: _____ N/A | ✓ |

Bail/Jail Disposition: Committed | ___   Not committed | ✓ |  N/A |

Appellant is represented by counsel? Yes ✓ ] No |   | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | B. Alan Seidler |
| Counsel's Address: | 580 Broadway |
| | New York, NY 10012 |
| Counsel's Phone: | 212-334-2211 |
| Assistant U.S. Attorney: | James McDonald |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-2405 |

_____
Signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>RAYMOND LAMBIS,<br><br>Defendant. | CERTIFICATION<br><br>15 Cr. 734 (WHP) |

Pursuant to 18 U.S.C. § 3731, I hereby certify that the Government's appeal of the order of the district court dated July 12, 2016 (the "July 12 Order"), granting defendant Raymond Lambis' motion to suppress, is not taken for purpose of delay, and that the evidence suppressed pursuant to the July 12 Order constitutes substantial proof of a fact material in the proceeding.

Dated: New York, New York
       September 12, 2016

By: _____
Acting United States Attorney
Pursuant to 28 C.F.R. §0.136

PREET BHARARA
United States Attorney
Southern District of New York

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing was served by electronic mail and ECF on September 12, 2016 on:

B. Alan Seidler
Attorney at Law
580 Broadway
New York, NY 10012
(212) 334-2211
seidlerlaw@gmail.com

                                                                                  _____
                                                                                  James McDonald
                                                                                   Assistant United States Attorney
                                                                                   (212) 637-2405

Dated:        New York, New York
                 September 12, 2016